Case 7:22-cr-00507-KMK Document 11 Filed 02/08/23 Page 1 of 1



MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

50 Main Street
White Plains, New York 10606

February 8, 2023

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

      Re:    <u>United States v. Luis Gonzalez</u>, 22 CR 507

Dear Judge Karas:

      The arraignment in the above-referenced matter occurred on January 26, 2023, during which the Honorable Andrew E. Krause granted the Government's request to exclude time under the Speedy Trial Act until the parties appear before Your Honor, for a period not to exceed two weeks, which equates to today, February 8, 2023. (*See* Dkt. No. 9.)

      The initial conference before Your Honor is scheduled for February 15, 2023, at 11 a.m., so the Government respectfully requests that the Court exclude time under the Speedy Trial Act until the conference. *See* 18 U.S.C. § 3161(h)(7)(A). The exclusion of time would serve the ends of justice, as it will allow the parties to prepare for the initial conference and engage in discussions regarding a potential resolution of this case without the need for a trial. The defense has no objection to such exclusion of time.

Granted for the reasons noted herein. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
*/s/*
2/8/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kingdar Prussien
Assistant United States Attorney
(914) 993-1927

cc: Barry Ross Goldberg, Esq.