UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,                        **MEMORANDUM**

     -against-                                     22 Cr. 507 (KMK)

LUIS GONZALEZ,

                        Defendant.

------------------------------------------------------------X

TO:  <u>Kenneth M. Karas, United States District Judge</u>:

        Please find attached a transcript of the June 29, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: July 25, 2023
       White Plains, New York

                                                           Respectfully Submitted,

                                                           */s/ Judith C. McCarthy*

                                                           JUDITH C. McCARTHY
                                                           United States Magistrate Judge